**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00247-CR**
_____

**EBONY LIVING, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Jefferson County, Texas**
**Trial Cause No. 293812**

**ORDER**

On July 9, 2014, we dismissed this appeal as untimely filed because according to the file-stamped notice in the clerk's record, it appeared the notice of appeal was untimely. *See* Tex. R. App. P. 26.2(a)(1). Appellant Ebony Living subsequently filed a motion for rehearing, arguing that counsel filed a notice of appeal with the trial court but the notice was not file stamped and filed into the record at that time. On July 24, 2014, we ordered the trial court to hold a hearing to

1

determine whether Living's counsel filed the notice of appeal within the time permitted for perfecting the appeal.

After holding the hearing, the trial court found that the notice of appeal filed by Living, by and through her attorney of record, was timely filed. This Court requested a response from the State to Living's motion for rehearing, but none was filed.[1] *See* Tex. R. App. P. 49.2.

The motion for rehearing filed by Living on July 16, 2014, is granted. *See* Tex. R. App. P. 49.3. We withdraw our opinion of July 9, 2014, and vacate the judgment entered thereon the same date. We reinstate the appeal on the Court's docket. The reporter's record is due on or before October 20, 2014.

ORDER ENTERED September 18, 2014.

PER CURIAM

Before McKeithen, C.J., Horton and Johnson, JJ.

---

[1]At the hearing, counsel for the State indicated to the trial judge that he has "known [Living's counsel] for many, many years; and I have no reason to doubt his credibility."

2